JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER SEAN WHALEN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ACTION DOOR REPAIR CORPORATION; BARRETT BUSINESS SERVICES, INC.; JOSEPH A. DeJAIFRE, SR.; JOSEPH ANTHONY "J.R.," DeJAIFRE, JR.; ANNE MARIE DeJAIFRE; DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: 2:16-cv02109-RGK(ASx)<br><br>[~~PROPOSED~~] ORDER GRANTING VOLUNTARY DISMISSAL WITH PREJUDICE<br>[FRCP 41]<br><br>Courtroom: 850<br>District Judge: Hon. R. Gary Klausner<br>Magistrate Judge: Hon. Alka Sagar<br>Complaint Filed: March 29, 2016<br>Trial Date: Not set |

Upon considering the stipulation between Plaintiff Christopher Sean Whalen and Defendants Action Door Repair Corporation, Barrett Business Services, Inc., Joseph A. DeJaifre, Sr., Joseph Anthony DeJaifre, Jr., and Anne Marie DeJaifre, and good cause appearing, therefore,

IT IS HEREBY ORDERED THAT the case is dismissed, with prejudice.

Dated: October 19, 2016

*Gary Klausner*

HONORABLE R. GARY KLAUSNER
JUDGE OF THE U.S. DISTRICT COURT

1
[PROPOSED] ORDER GRANTING VOLUNTARY DISMISSAL WITH PREJUDICE
CASE NO. 2:16-CV02109-RGK(ASX)